STEVEN KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 12th St., Suite 650
Oakland, CA 94607
(510) 637-3500

Counsel for Defendant JOHN MATEO

FILED
DEC 19 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00175 YGR |
| Plaintiff, | [PROPOSED] ORDER RE: EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | |
| JOHN MATEO, | |
| Defendant. | |

Defendant John Mateo has moved, through counsel, for early termination of supervised release under Section 3583(e)(1) of Title 18 of the United States Code. Mr. Mateo has completed three years of his five year term of supervised release. The United States Attorney's Office does not oppose Mr. Mateo's motion for early termination of supervised release.

Therefore, good cause shown, the Court grants the defendant's motion and terminates Mr. Mateo's term of supervised release, effective as of the date of this order.

IT IS SO ORDERED.

12/19/2013
Dated

Hon. Yvonne Gonzalez Rogers
United States District Judge

ORD.TERMINATING
SUPERVISED RELEASE
No. CR-12-00175 YGR                                 1